No. 02–11309.  SMITH *v.* DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-

SION. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.